## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| CHRISTOPHER LACCINOLE, | : | CASE NO. 1:21-cv-02321-SO |
| Plaintiff, | : | JUDGE OLIVER |
| v. | : | |
| NATIONAL ENTERPRISE SYSTEMS, INC., | : | **NOTICE OF APPEARANCE OF COUNSEL** |
| Defendant. | : | |

Notice is hereby given that David B. Shaver, Esq., of Surdyk, Dowd & Turner Co., L.P.A., will appear in this matter as counsel for National Enterprise Systems, Inc.

Respectfully submitted,

SURDYK, DOWD & TURNER CO., L.P.A.

*/s/David B. Shaver*
David B. Shaver (0085101)
8163 Old Yankee Street, Suite C
Dayton, Ohio 45458
(937) 222-2333 | (937) 222-1970 (fax)
dshaver@sdtlawyers.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing, along with this Certificate of Service, was filed this 28th day of December, 2021, via the Clerk's CM/ECF system which will provide notice to all counsel of record.

*/s/David B. Shaver*
David B. Shaver (0085101)